AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Andre M | 2. Court or Organization<br><br>District Court of Maryland | 3. Date of Report<br><br>06/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U S Courthouse<br>101 W. Lombard Street<br>Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | University of MD School of Law Board of Visitors |
| 2. Instructor | University of MD School of Law |
| 3. Instructor | National Judicial College |
| 4. Lecturer | Pass the Marland Bar, Inc. |
| 5. Director | Open Society Institute-Baltimore |
| 6. Member of the Board | Baltimore Urban Debate League, Inc. |
| 7. Member of the Board | Community Law in Action, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL -7 A 10: 55 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/24/2007 | State of MD | $ 3,750.00 |
| 2. | 5/1/2007 | Pass the Maryland Bar, Inc. | $ 1,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2007 | Fusion Partnerships, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | B | Interest | K | T | | | | | |
| 2. Capitol One Accounts | A | Interest | J | T | | | | | |
| 3. Bank of America Accounts (X) | D | Interest | L | T | | | | | |
| 4. Superior Bank of N.E. (X) | B | Interest | J | T | | | | | |
| 5. Western Asset Money Market (X) | C | Distribution | K | | | | | | |
| 6. Smith Barney Money Market Account (X) | A | Distribution | L | T | | | | | |
| 7. Comcast Corp. Preferred Stock (X) | A | Interest | | | Sell | 11/19 | K | A | |
| 8. Amazon Common Stock (X) | | None | | | Sell | 10/11 | K | A | |
| 9. Appollo Investment Common Stock (X) | A | Dividend | | | Sell | 5/1 | K | A | |
| 10. Aqua American Common Stock (X) | A | Dividend | | | Sell | 11/5 | K | A | |
| 11. Bank of America Common Stock (X) | | None | | | Sell | 1/4 | K | A | |
| 12. Berkshire Hathaway Class B Stock (X) | | None | L | T | Buy | 5/1 | K | | |
| 13. -- | | None | | | Buy | 5/10 | K | | |
| 14. -- | | None | | | Buy | 8/20 | K | | |
| 15. China Mobile, Ltd. Common Stock (X) | A | Dividend | | | Buy | 3/26 | J | | |
| 16. -- | | | | | Buy | 4/25 | J | | |
| 17. -- | | | | | Buy | 4/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- | | | | | Buy | 6/18 | J | | |
| 19. -- | | | | | Sell | 7/10 | K | D | |
| 20. CountryWide Fin. Common Stock (X) | A | Dividend | K | T | Buy | 10/19 | J | | |
| 21. -- | | | | | Buy | 10.23 | J | | |
| 22. -- | | | | | Buy | 10/25 | J | | |
| 23. -- | | | | | Buy | 10/31 | J | | |
| 24. -- | | | | | Buy | 11/1 | J | | |
| 25. -- | | | | | Buy | 11/30 | J | | |
| 26. -- | | | | | Buy | 12/4 | J | | |
| 27. -- | | | | | Sell | 12/26 | J | | |
| 28. Ebay Common Stock (X) | | None | K | T | Buy | 1/4 | J | | |
| 29. -- | | | | | Buy | 5/21 | K | | |
| 30. -- | | | | | Buy | 9/24 | J | | |
| 31. -- | | | | | Buy | 9/27 | J | | |
| 32. -- | | | | | Buy | 12/26 | J | | |
| 33. -- | | | | | Sell | 2/9 | K | C | |
| 34. Franklin STR PPTYS Corp. Common Stock (X) | A | Dividend | | | Buy | 5/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- | | | | | Buy | 6/25 | J | | |
| 36.  -- | | | | | Sell | 8/20 | K | A | |
| 37.  Google Common Stock (X) | | None | L | T | Buy | 3/6 | J | | |
| 38.  -- | | | | | Buy | 5/23 | K | | |
| 39.  -- | | | | | Sell | 10/11 | K | D | |
| 40.  IAC Interactive Corp. Common Stock (X) | | None | | | Sell | 4/30 | K | D | |
| 41.  Legg Mason Common Stock (X) | A | Dividend | K | T | Buy | 5/10 | J | | |
| 42.  -- | | | | | Buy | 5/21 | J | | |
| 43.  -- | | | | | Buy | 5/23 | K | | |
| 44.  -- | | | | | Buy | 6/25 | J | | |
| 45.  -- | | | | | Buy | 8/3 | J | | |
| 46.  -- | | | | | Buy | 8/17 | K | | |
| 47.  -- | | | | | Buy | 10/17 | K | | |
| 48.  -- | | | | | Buy | 10/23 | J | | |
| 49.  -- | | | | | Buy | 10/31 | J | | |
| 50.  -- | | | | | Buy | 12/17 | J | | |
| 51.  -- | | | | | Sell | 9/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- | | | | | Sell | 11/16 | K | A | |
| 53.  -- | | | | | Sell | 12/26 | J | A | |
| 54.  Level 3 Communications Common Stock (X) | None | | K | T | Buy | 1/11 | J | | |
| 55.  -- | | | | | Buy | 5/21 | J | | |
| 56.  -- | | | | | Buy | 5/23 | J | | |
| 57.  -- | | | | | Buy | 8/20 | J | | |
| 58.  -- | | | | | Buy | 12/26 | J | | |
| 59.  -- | | | | | Sell | 9/24 | J | A | |
| 60.  -- | | | | | Sell | 10/10 | J | A | |
| 61.  -- | | | | | Sell | 10/23 | J | A | |
| 62.  -- | | | | | Sell | 11/5 | J | A | |
| 63.  MBIA Common Stock (X) | None | | J | T | Buy | 12/26 | K | | |
| 64.  Oracle Common Stock (X) | None | | | | Buy | 2/26 | K | | |
| 65.  -- | | | | | Sell | 5/8 | K | B | |
| 66.  Roper Indus. Common Stock (X) | A | Dividend | | | Sell | 7/24 | K | D | |
| 67.  Sanderson Farms Common Stock (X) | A | Dividend | | | Buy | 1/11 | J | | |
| 68.  -- | | | | | Buy | 2/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Buy | 2/26 | J | | |
| 70. -- | | | | | Buy | 8/17 | K | | |
| 71. -- | | | | | Sell | 5/1 | K | C | |
| 72. -- | | | | | Sell | 5/24 | J | C | |
| 73. -- | | | | | Sell | 9/18 | K | D | |
| 74. Sirius Sat. Radio Common Stock (X) | | None | K | T | Buy | 1/8 | J | | |
| 75. -- | | | | | Buy | 2/7 | J | | |
| 76. -- | | | | | Buy | 5/24 | J | | |
| 77. -- | | | | | Buy | 6/12 | J | | |
| 78. -- | | | | | Buy | 8/23 | J | | |
| 79. -- | | | | | Buy | 10/17 | J | | |
| 80. -- | | | | | Sell | 4/23 | J | A | |
| 81. -- | | | | | Sell | 4/30 | J | A | |
| 82. Southwest Water Co. Common Stock (X) | A | Dividend | | | Buy | 6/13 | J | | |
| 83. -- | | | | | Sell | 8/20 | K | C | |
| 84. Sprint Nextel Common Stock (X) | | None | | | Buy | 12/26 | K | | |
| 85. Stifel Financial Common Stock (X) | | None | | | Buy | 3/6 | J | | |

1. Income Gain Codes:         A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)             U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Buy | 3/26 | J | | |
| 87. -- | | | | | Buy | 5/3 | J | | |
| 88. -- | | | | | Buy | 5/21 | J | | |
| 89. -- | | | | | Sell | 6/1 | K | C | |
| 90. -- | | | | | Sell | 6/7 | K | D | |
| 91. Sun Microsystem Common Stock (X) | | None | K | T | Buy | 3/6 | K | | |
| 92. -- | | | | | Buy | 8/3 | K | | |
| 93. -- | | | | | Buy | 9/4 | J | | |
| 94. -- | | | | | Buy | 11/20 | J | | |
| 95. -- | | | | | Sell | 4/26 | J | A | |
| 96. -- | | | | | Sell | 12/26 | K | A | |
| 97. Suntech Power Hldgs Common Stock (X) | | None | | | Buy | 3/21 | J | | |
| 98. -- | | | | | Sell | 2/5 | K | D | |
| 99. -- | | | | | Sell | 5/24 | K | C | |
| 100. United Health Group Common Stock (X) | A | Dividend | | | Sell | 4/11 | K | A | |
| 101. Wells Fargo Common Stock (X) | A | Dividend | | | Sell | 7/9 | K | A | |
| 102. Whole Foods Common Stock (X) | A | Dividend | | | Buy | 6/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Sell | 7/16 | K | A | |
| 104. Yahoo Common Stock (X) | | None | K | T | Buy | 9/24 | K | | |
| 105. -- | | | | | Buy | 10/17 | J | | |
| 106. -- | | | | | Buy | 12/26 | K | | |
| 107. -- | | | | | Sell | 11/6 | K | C | |
| 108. Lines 109 to 173 report CLOSED-END FUNDS | | | | | | | | | |
| 109. Adams Express Co. (X) | A | Dividend | K | T | Buy | 5/23 | K | | |
| 110. -- | B | Distribution | | | Sell | 9/12 | J | A | |
| 111. Blackrock Cap. & Inc. Stratgies Fund (X) | A | Dividend | | | Sell | 8/3 | K | C | |
| 112. Blackrock Enhanced Div. Achievers Trust (X) | A | Dividend | | | Sell | 2/27 | J | A | |
| 113. Central Securities (X) | | None | | | Sell | 3/26 | K | A | |
| 114. Clough Global Allocation Fund (X) | B | Dividend | | | Buy | 4/25 | K | | |
| 115. -- | | | | | Buy | 6/14 | K | | |
| 116. -- | | | | | Sell | 11/5 | K | A | |
| 117. Clough Global Opportunties Fund (X) | A | Dividend | | | Sell | 4/25 | K | A | |
| 118. Credit Suisse Asset Management (X) | A | Dividend | | | Sell | 1/3 | K | B | |
| 119. DWS RREEF Real Estate Fund II (X) | A | Dividend | K | T | Buy | 10/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- | | | | | Buy | 11/16 | J | | |
| 121. -- | | | | | Buy | 11/28 | J | | |
| 122. -- | | | | | Buy | 12/4 | J | | |
| 123. DWS RREEE Real Estate Fund, Inc. (X) | B | Dividend | | | Buy | 8/20 | K | | |
| 124. -- | | | | | Sell | 11/20 | K | A | |
| 125. DWS Dreman Value Income Edge Fund (X) | A | Dividend | | | Buy | 2/7 | K | | |
| 126. -- | | | | | Buy | 5/24 | J | | |
| 127. -- | | | | | Buy | 6/13 | J | | |
| 128. -- | | | | | Sell | 5/31 | J | A | |
| 129. -- | | | | | Sell | 8/1 | K | A | |
| 130. Eaton Vance Tax Advantaged Global Oppty Fund (X) | A | Dividend | K | T | Buy | 8/20 | K | | |
| 131. First Tr Exchange Traded Fund Biotechnology (X) | | None | K | T | Buy | 11/19 | K | | |
| 132. -- | | | | | Buy | 12/26 | K | | |
| 133. Gabelli Global Gold & Nat. Res., Inc. (X) | B | Dividend | | | Buy | 7/5 | J | | |
| 134. -- | | | | | Buy | 7/10 | K | | |
| 135. -- | | | | | Buy | 7/17 | K | | |
| 136. -- | | | | | Sell | 11/2 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N = $250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. H & Q Life Sciences (X) | A | Dividend | | | Sell | 3/30 | J | A | |
| 138. India Fund (X) | A | Distribution | | | Buy | 5/23 | K | | |
| 139. -- | | | | | Buy | 5/25 | J | | |
| 140. -- | | | | | Buy | 11/2 | J | | |
| 141. -- | | | | | Buy | 11/20 | J | | |
| 142. -- | | | | | Sell | 10/19 | K | D | |
| 143. IShares Silver Trust (X) | | None | L | T | Buy | 4/26 | J | | |
| 144. -- | | | | | Buy | 5/21 | J | | |
| 145. -- | | | | | Buy | 10/19 | J | | |
| 146. -- | | | | | Buy | 10/31 | J | | |
| 147. -- | | | | | Buy | 11/2 | J | | |
| 148. -- | | | | | Buy | 11/20 | J | | |
| 149. -- | | | | | Sell | 6/29 | K | A | |
| 150. IShares KLD Select Social Index Fund (X) | A | Dividend | | | Buy | 2/5 | J | | |
| 151. -- | | | | | Buy | 2/7 | K | | |
| 152. -- | | | | | Buy | 5/23 | K | | |
| 153. -- | | | | | Sell | 6/6 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IShares MSCI Japan Index Fund (X) | | None | K | T | Buy | 5/23 | K | | |
| 155. -- | | | | | Buy | 7/17 | J | | |
| 156. -- | | | | | Buy | 9/4 | K | | |
| 157. -- | | | | | Buy | 11/19 | J | | |
| 158. -- | | | | | Buy | 12/26 | J | | |
| 159. -- | | | | | Sell | 7/18 | K | A | |
| 160. Lazard Global Total Return & Inc. (X) | A | Dividend | | | Sell | 2/9 | K | C | |
| 161. MQuarie First Global Infras. Utils.Div. & Inc. Fund (X) | A | Dividend | K | T | Buy | 11/19 | K | | |
| 162. -- | C | Distribution | | | Buy | 11/28 | K | | |
| 163. Nuveen Equity Pre, & Growth (X) | A | Dividend | | | Sell | 3/6 | K | A | |
| 164. Powershares Ex Traded FD Dynamic Clean Tech Port Trust (X) | | None | | | Buy | 10/23 | K | | |
| 165. -- | | | | | Buy | 11/13 | J | | |
| 166. -- | | | | | Buy | 11/20 | J | | |
| 167. -- | | | | | Sell | 11/19 | K | A | |
| 168. Powershares Golden Dragon Halter USX China Portfolio (X) | | None | K | T | Buy | 11/2 | J | | |
| 169. -- | | | | | Buy | 11/20 | J | | |
| 170. Royce Micro Cap Trust (X) | A | Dividend | K | T | Buy | 11/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- | | | | | Buy | 11/20 | J | | |
| 172. Sun America Focused Alpha Large Cap Fund (X) | C | Dividend | K | T | Buy | 2/26 | K | | |
| 173. -- | | | | | Buy | 5/24 | K | | |
| 174. Lines 175 to 181 report MUTUAL FUNDS | | | | | | | | | |
| 175. --Europacific Growth Fund Class A (X) | C | Distribution | K | T | Buy | 11/21 | K | | |
| 176. -- Legg Mason Opportunity Trust (X) | C | Distribution | L | T | | | | | |
| 177. --Legg Mason Value Trust (X) | C | Distribution | K | T | | | | | |
| 178. -- Rydex Ser Trust Biotechnology Investor Class (X) | | None | | | Buy | 7/10 | J | | |
| 179. --- | | | | | Buy | 8/1 | K | | |
| 180. --- | | | | | Sell | 10/31 | L | D | |
| 181. --- | | | | | | | | | |
| 182. Rental Property--Eastham, MA (X) | E | Rent | P1 | W | | | | | |
| 183. Trust No. 1 (X) | E | Distribution | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M | 06/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544